# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeremy Corey-Gruenes, Daphne Hamborg, Leslie Kaup, Jim Margadant,<br><br>    Plaintiff,<br>v.<br><br>The County of Freeborn, Freeborn County Sheriff's Office, Freeborn County Sheriff Ryan Shea, in his official and personal capacities,<br><br>    Defendant. | Court File No. 0:26-cv-00468-LMP-DTS<br><br>**PLAINTIFFS' LR 7.1(F) AND LR 7.1(H) CERTIFICATE OF COMPLIANCE** |

    I, Peter C. Hennigan, hereby certify that Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Remand complies with the word limit imposed by Local Rule 7.1(f), with a total word count of 4,729 words, including headings, footnotes and quotations.

    I further certify that the accompanying document was created in Microsoft® Word for Microsoft 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations.

    **[*The remainder of the page is intentionally left blank*.]**

2

Dated: February 12, 2026               **MASLON LLP**

By: */s/Peter C. Hennigan*
   William Z. Pentelovitch (#85078)
   Anna Petosky (#388163)
   Peter C. Hennigan (#031089X)
225 South Sixth Street, Suite 2900
Minneapolis, MN  55402
(612) 672-8200
Email:   bill.pentelovitch@maslon.com
        anna.petosky@maslon.com
        peter.hennigan@maslon.com

**ATTORNEYS FOR PLAINTIFFS
JEREMY COREY-GRUENES,
DAPHNE HAMBORG, LESLIE KAUP,
AND JIM MARGADANT**