## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeremy Corey-Gruenes, Daphne Hamborg, Leslie Kaup, Jim Margadant,<br><br>　　　　Plaintiff,<br>v.<br><br>The County of Freeborn, Freeborn County Sheriff's Office, Freeborn County Sheriff Ryan Shea, in his official and personal capacities,<br><br>　　　　Defendant. | Court File No.  0:26-cv-00468-LMP-DTS<br><br><br>**DECLARATION OF<br>PETER C. HENNIGAN<br>IN SUPPORT OF PLAINTIFFS'<br>MOTION TO REMAND** |

STATE OF MINNESOTA )
　　　　　　　　　　　　) ss
COUNTY OF HENNEPIN )

I, Peter C. Hennigan, declare under penalty of perjury, that:

1.　　I am an attorney with Maslon LLP which represents Plaintiffs Jeremy Corey-Gruenes, Daphne Hamborg, Leslie Kaup, and Jim Margadant. I make this Declaration in Support of the Plaintiffs' Motion to Remand.

2.　　Attached as **Exhibit 1** is a true and correct copy of the Joint Notice of Removal filed in *Corey-Gruenes, et al. v. County of Freeborn, et al.*, No. 24-CV-25-2086, Index No. 23 (Freeborn Cnty. Dist. Ct. Jan. 20, 2026).

3.　　Attached as **Exhibit 2** is a true and correct copy of a letter from Peter Hennigan to Paul Bosman dated January 28, 2026.

4. Attached as **Exhibit 3** is a true and correct copy of an email from Paul Bosman to Peter Hennigan dated February 2, 2026.

I declare under penalty of perjury that everything I have stated in this document is true and correct to the best of my best knowledge, information and belief.

Dated:   February 12, 2026                              */s/Peter C. Hennigan*
                                                        Peter C. Hennigan